## LOWERY

v.

## STATE.

### No. 1329–91.

Court of Criminal Appeals of Texas, En Banc.

April 1, 1992.

On appellants' petitions for discretionary review: petition granted and remanded to the court of appeals.

McCORMICK, P.J., and WHITE, J., concur in result.

## Ex parte CHUNN.

### No. 1278–91.

Court of Criminal Appeals of Texas, En Banc.

April 15, 1992.

Appeal from 176th District Court, Harris County, Brian Rains, Judge.

Prior report: Tex.App., 814 S.W.2d 839.

On state's petitions for discretionary review: petition dismissed as improvidently granted.

OVERSTREET, J., concurs in the result.

## GONZALES v. STATE

### No. 0276–92.

Court of Criminal Appeals of Texas, En Banc.

April 15, 1992.

Appeal from 227th District Court, Bexar County; Michael M. Machado, Judge.

Prior report: Tex.App., 822 S.W.2d 189 (1991).

On appellants' petition for discretionary review: petition granted and remanded to the court of appeals.